DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@*usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL SZABO, | Case No.: 2:12-cv-00676-GMN-PAL |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.* | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Daniel Szabo, ("Plaintiff" or "Szabo") and Defendant, the United States of America, ("Defendant" or the "United States"), through their undersigned counsel, stipulate and request that this

. . .

. . .

. . .

. . .

. . .

action be dismissed with prejudice, each side to bear its own fees and costs.

Respectfully submitted this 19th day of February, 2013.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | RICHARD HARRIS LAW FIRM |
| //S/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>Phone: (702) 388-6336<br>patrick.rose@usdoj.gov<br>*Attorneys for the United States* | Lawrence M. Ruiz<br>LAWRENCE M. RUIZ, ESQ<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Phone: (702) 444-4444<br>lawrence@richardharrislaw.com<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED: 02/21/2013**

2